No. 45. FEDERAL POWER COMMISSION *v.* TRANSCONTINENTAL GAS PIPE LINE CORP. ET AL. Certiorari, 362 U. S. 948, to the United States Court of Appeals for the Third Circuit. The motion of Southern California Gas Company et al. for leave to file brief, as *amici curiae,* is granted. *L. T. Rice, Henry F. Lippitt II, Milford Springer, Joseph R. Rensch, J. David Mann, Jr.* and *William W. Ross* for movants.

No. 60. POE ET AL. *v.* ULLMAN, STATE'S ATTORNEY; and

No. 61. BUXTON *v.* ULLMAN, STATE'S ATTORNEY. Appeals from the Supreme Court of Errors of Connecticut. (Probable jurisdiction noted, 362 U. S. 987.) The motion of the American Civil Liberties Union and the Connecticut Civil Liberties Union for leave to file brief, as *amici curiae,* is granted. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this motion. *Osmond K. Fraenkel* for movants.

No. 73. RADIANT BURNERS, INC., *v.* PEOPLES GAS LIGHT & COKE CO. ET AL. Certiorari, 363 U. S. 809, to the United States Court of Appeals for the Seventh Circuit. The motion of the Solicitor General for leave to participate in oral argument, as *amicus curiae,* is granted. *Solicitor General Rankin* for the United States.

No. 74. NATIONAL LABOR RELATIONS BOARD *v.* MATTISON MACHINE WORKS. Certiorari, 363 U. S. 826, to the United States Court of Appeals for the Seventh Circuit. The motion of International Union, U. A. W., A. F. L.–C. I. O. for leave to file brief, as *amicus curiae,* is granted. *Harold A. Katz* for movant. *Charles B. Cannon* for respondent.